IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICKEY LOVETTE,

        Appellant,

v.

        Case No. 5D21-2865
        LT Case No. 2020-CF-2575-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Lake County,
G. Richard Singeltary, Judge.

Matthew J. Metz, Public Defender,
and Victoria Rose Cordero,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and HARRIS, JJ., concur.